FILED
CLERK, U.S. DISTRICT COURT
AUG 2 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Dante Nekia Frazier<br><br>　　　　　　Defendant. | Case No.: 8:19-CR-0146-JLS-1<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CDCA__, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　　(✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __instant allegations of not reporting & not providing accurate address; substance abuse__

1
2
3           and/or
4   B.      (✓) The defendant has not met his/her burden of establishing by clear and
5           convincing evidence that he/she is not likely to pose a danger to the safety of any
6           other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7           finding is based on  new criminal activity ; criminal history ;
8           substance abuse
9
10
11
12
13          IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  8/22/23                    _____
17                                      KAREN E. SCOTT
                                        UNITED STATES MAGISTRATE JUDGE